1  Daniel A. Brown, WSBA # 22028                The Honorable David G. Estudillo
2  Sean D. Leake, WSBA #52658
   WILLIAMS, KASTNER & GIBBS PLLC
3  601 Union Street, Suite 4100
   Seattle, WA 98101-2380
4  Telephone:  (206) 628-6600
   Fax:  (206) 628-6611
5  Attorneys for Defendant Qualawash
   Holdings, LLC
6

7

8

9                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
10                              AT TACOMA

11 | CBC 4, LLC, a Delaware limited liability | NO. 3:22-cv-05941 DGE
12 | company,                                 |
                                              | AGREED ORDER GRANTING
13 |           Plaintiff,                     | STIPULATED MOTION FOR
                                              | EXTENSION OF TIME FOR
14 |     v.                                   | DEFENDANTS QUALAWASH
                                              | HOLDINGS, LLC, NATIONAL
15 | QUALAWASH HOLDINGS, LLC a Florida        | CONTAINER GROUP, LLC, AND
   | limited liability company; NATIONAL      | MAUSER PACKAGING SOLUTIONS TO
16 | CONTAINER GROUP, LLC  a Delaware         | RESPOND TO COMPLAINT
   | limited liability company, and MAUSER
17 | PACKAGING SOLUTIONS,  a subsidiary of
   | BWAY HOLDINGS COMPANY, a Delaware
18 | corporation,
19 |
   |           Defendants.
20

21
        THIS MATTER having come before the Court on the Plaintiff's and Defendants
22
   Qualawash Holdings, LLC, National Container Group, LLC, and Mauser Packaging Solutions'
23
   Stipulated Motion for Extension of Time for Defendants Qualawash Holdings, LLC, National
24
   Container Group, LLC, and Mauser Packaging Solutions to file an Answer ("Stipulated Motion")
25

AGREED ORDER GRANTING STIPULATED MOTION FOR EXTENSION          **Williams, Kastner & Gibbs PLLC**
OF TIME FOR DEFENDANTS QUALAWASH HOLDINGS, LLC,                601 Union Street, Suite 4100
NATIONAL CONTAINER GROUP, LLC, AND MAUSER PACKAGING            Seattle, WA 98101-2380
SOLUTIONS TO RESPOND TO COMPLAINT - 1                          (206) 628-6600

to the Complaint, and the Court having considered the Stipulated Motion, now hereby, ORDERS, ADJUDGES, AND DECREES that the Stipulated Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants Qualawash Holdings, LLC, National Container Group, LLC, and Mauser Packaging Solutions shall file their Answers on or before March 8, 2023.

DATED this 7th day of February, 2023.

David G. Estudillo
United States District Judge

AGREED ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS QUALAWASH HOLDINGS, LLC, NATIONAL CONTAINER GROUP, LLC, AND MAUSER PACKAGING SOLUTIONS TO RESPOND TO COMPLAINT - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

PRESENTED BY:

| JORDAN RAMIS PC | WILLIAMS, KASTNER & GIBBS PLLC |
|---|---|
| s/David A Rabbino<br>David A. Rabbino, WSBA #33434<br>Joseph A. Rohner IV, WSBA #47117<br>PACWEST, 27th Floor<br>1211 SW Fifth Avenue<br>Portland, OR 97204<br>Phone: (503) 598-7070<br>david.rabbino@jordamis.com<br>joseph.rohner@jordamis.com<br><br>*Attorneys for Plaintiff* | s/Daniel A. Brown<br>Daniel A. Brown, WSBA # 22028<br>Sean D. Leake, WSBA #52658<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone:  (206) 628-6600<br>Fax:  (206) 628-6611<br>dbrown@williamskastner.com<br>sleake@williamskastner.com<br><br>*Attorneys for Defendant Qualawash Holdings, LLC* |

PEARL LEGAL GROUP PC

s/Jennifer Gates
Jennifer Gates WSBA # 38686
529 SW Third Avenue, Suite 600
Portland, OR 97204
Telephone (971) 808-5666
Fax: (503) 445-1270
jgates@pearllegalgroup.com

*Attorney for Defendants National Container Group, LLC, and Mauser Packaging Solutions*

AGREED ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS QUALAWASH HOLDINGS, LLC, NATIONAL CONTAINER GROUP, LLC, AND MAUSER PACKAGING SOLUTIONS TO RESPOND TO COMPLAINT - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600